## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALICE PATRICK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UPMC d/b/a THE UNIVERSITY OF PITTSSBURGH MEDICAL CENTER, UPMC MCKEESPORT, and THE ULTIMATE SOFTWARE GROUP, INC.,<br><br>Defendants. | Civil Action No.: 2:14-cv-00602 |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses this action without prejudice.

Dated: May 13, 2014

By: /s/ Sunshine R. Fellows

**Kraemer, Manes & Associates LLC**
Michael L. Kraemer
m@lawkm.com
David M. Manes
david@lawkm.com
Elizabeth Pollock-Avery
elizabeth@lawkm.com
US Steel Tower
600 Grant Street, Suite 660
Pittsburgh, PA 15219
Telephone: (412) 626-5626
Facsimile: (412) 637-0232

**Carlson Lynch LTD**
Gary F. Lynch
glynch@carlsonlynch.com
Edwin J. Kilpela, Jr.
ekilpela@carlsonlynch.com
Benjamin J. Sweet

AND NOW, this 13th day of May, 2014, IT IS SO ORDERED.

Maurice B. Cohill, Jr.
UNITED STATES SENIOR DISTRICT JUDGE

bsweet@carlsonlynch.com
Sunshine R. Fellows
sfellows@carlsonlynch.com
Jamisen A. Etzel
jetzel@carlsonlynch.com
PNC Park
115 Federal Street, Suite 210
Pittsburgh, PA 15212
Telephone: (412) 322-9243
Facsimile: (412) 231-0246